**Order entered July 16, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01084-CV

### ALFREDO SANCHEZ AND FERMIN LOPEZ, Appellants

### V.

### LUIS TORRES, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-03653

### ORDER

Before the Court is appellants' July 14, 2021 fourth motion for an extension of time to file their brief on the merits.[1]  We **DENY** the motion.

On the Court's own motion, we **ORDER** appellants to file their brief on or before **July 26, 2021**.  We caution appellants that failure to file their brief by the deadline will result in dismissal of the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1).

/s/     CRAIG SMITH
JUSTICE

---

[1] Appellants mistakenly label their motion as their third motion.